IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **JAMES C. MINOR,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v.   ) | 3:03cv017-T |
| ) | (WO) |
| **TRAX, INC; et al.,** ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the stipulation of dismissal (Doc. No. 83), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of May, 2005.

                     /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**